ST. PIUS X HOUSE OF RETREATS, SALVATORIAN FATHERS
v. DIOCESE OF CAMDEN, NEW JERSEY.

May 6, 1981.

Cross-petition for certification granted.

HARVEY BLOCK v. EDUCATIONAL TESTING SERVICE.

May 12, 1981.

Petition for certification denied.

MARILYN M. HUGHES v. JAMES W. HUGHES.

May 12, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. RALPH W. MILLER, SR.

May 12, 1981.

Petition for certification denied.